PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Joel Cruz

Cr.: 21-00205
PACTS #: 6347361

Name of Sentencing Judicial Officer:   THE HONORABLE  CHRISTINA REISS
UNITED STATES DISTRICT COURT JUDGE

Name of Newly Assigned Judicial Officer:   THE HONORABLE KATHARINE S. HAYDEN
SENIOR UNITED STATES DISTRICT COURT JUDGE

Date of Original Sentence: 09/04/2020

Original Offense:   Count Four: Distribution of Cocaine Base, 21 U.S.C. 841(a)(1) and 21 U.S.C. 841
(B)(1)(C)

Original Sentence: 366 Days imprisonment, 60 months supervised release

Special Conditions: Special Assessment, Mental Health Treatment, Search/Seizure, Drug Treatment,
Substance Abuse Testing

Type of Supervision: Supervised Release                Date Supervision Commenced: 09/26/2020

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

1                   You must not commit another federal, state or local crime.

U.S. Probation Officer Action:

On January 19, 2021, Cruz was the victim of a shooting in Jersey City, New Jersey. According to Cruz, he
borrowed a friend's vehicle and traveled to Delta Gas Station, located at 403 Tonnelle Avenue, to purchase
cigarettes. He said he proceeded to get out of the vehicle and was approached by another individual as he
was entering the gas station convenience store. Cruz said the individual called out to him and after getting
his attention, proceeded to shoot at him one time, striking him in the left thigh. Cruz sought medical
attention at Jersey City Medical Center and was released later that day. He did not provide a description of
the individual to Jersey City Police Department and refused to cooperate in the investigation. The details
of the incident were corroborated with local law enforcement.

Cruz admitted he was operating  a motor vehicle without a valid driver's license at the time of the incident.
Cruz was reminded that he is not to operate a motor vehicle without a valid license. Our office will monitor
his efforts to resolve this matter.

Prob 12A – page 2
Joel Cruz

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   IVETTELIS PEREZ
        Senior U.S. Probation Officer

/ ip

APPROVED:

*Suzanne Golda-Martinez*                    *03/01/2021*
SUZANNE GOLDA-MARTINEZ                    Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X]  No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ]  Submit a Request for Modifying the Conditions or Term of Supervision

[ ]  Submit a Request for Warrant or Summons

[ ]  Other

s/ Katharine S. Hayden
Signature of Judicial Officer

3/2/2021
Date