PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Joel Cruz                                   Cr.: 21-00205-001
                                                              PACTS #: 6347361

Name of Sentencing Judicial Officer:   THE HONORABLE CHRISTINA REISS
                                       UNITED STATES DISTRICT COURT JUDGE

Name of Newly Assigned Judicial Officer:   THE HONORABLE KATHARINE S. HAYDEN
                                           SENIOR UNITED STATES DISTRICT COURT JUDGE

Date of Original Sentence: 09/04/2020

Original Offense:   Count 4: Distribution of Cocaine Base

Original Sentence: 366 Days imprisonment, 60 months supervised release

Special Conditions: Special Assessment, Mental Health Treatment, Search/Seizure, Drug Treatment, Substance Abuse Testing, Other Financial Obligation

Type of Supervision: Supervised Release                Date Supervision Commenced: 09/26/2020

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1     Mr. Cruz submitted a urinalysis sample to his Hudson County probation officer on September 28, 2021, which tested positive for marijuana (prescribed) and cocaine. He admitted he was smoking prescribed marijuana around other individuals and adamantly denied ingesting cocaine.

U.S. Probation Officer Action:
The probation office tested Mr. Cruz on October 19, 2021 and the urinalysis test was positive for prescribed marijuana only. We will continue to communicate with his Hudson County probation officer and increase testing to ensure he is remaining compliant with his conditions of release. Mr. Cruz's peer associations and social networks will also be monitored. We are respectfully requesting no judicial action at this time. The undersigned will notify Your Honor immediately of any additional instances of noncompliance.

Prob 12A – page 2
Joel Cruz

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   IVETTELIS PEREZ
Senior U.S. Probation Officer

/ ip

APPROVED:

*Susan Karlak*                                  11/20/2021

SUZANNE J. GOLDA-MARTINEZ               Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

11/23/21
_____
Date